Per Curiam.

(No. 74-CC-707—Claimant )

ALLEN L. JONES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed June 27, 1974.*

ALLEN L. JONES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

Per Curiam.